| | |
|---|---|
| 1  MARIA C. ROBERTS, State Bar No. 137907<br>    mroberts@sheastokes.com<br>2  RONALD R. GIUSSO, State Bar No. 184483<br>    rgiusso@sheastokes.com<br>3  SHEA STOKES ROBERTS & WAGNER, ALC<br>    510 MARKET STREET, THIRD FLOOR<br>4  SAN DIEGO, CALIFORNIA 92101-7025<br>    TELEPHONE:    (619) 232-4261<br>5  FACSIMILE:    (619) 232-4840 | FILED<br>2008 SEP -5  PM 2: 54<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY_____ DEPUTY |

6  Attorneys for Defendants General Electric Company, erroneously sued herein, and General
   Electric Capital Corporation

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  S.D. STEINMETZ,<br>12        Plaintiff,<br>13  vs.<br>14  GENERAL ELECTRIC COMPANY,<br>    GENERAL ELECTRIC CAPITAL<br>15  CORPORATION,<br>16        Defendants. | CASE NO. '08 CV 1635 JM AJB<br>Action Date:   August 1, 2008<br>NOTICE OF REMOVAL OF CIVIL ACTION<br>[Pursuant to 2. U.S.C. § 1441(b)] |

17

18        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19

20        PLEASE TAKE NOTICE that Defendants General Electric Company, erroneously sued

21  herein, and General Electric Capital Corporation hereby remove to the United States District

22  Court, Southern District of California, San Diego County, Small Claims Case No. 37-2008-

23  00005734 SC-SC-CTL (the "State Action").

24

25        Removal is based upon federal question jurisdiction in that the State Action is an action

26  that the United States District Court would have original jurisdiction founded on a claim or right

27  arising under the Constitution, treaties or laws of the United States, without regard to the

28  citizenship or residence of the parties. (28 U.S.C. §1441(b).)

---

4815-5531-4690.1                                              NOTICE OF REMOVAL OF CIVIL ACTION

1     Attached hereto collectively as Exhibit A is the entirety of the Small Claims Court file. No
2 further proceedings have been had or documents filed in the Superior Court of the State of
3 California, Small Claims Division, in and for the County of San Diego.

5     This Notice of Removal is timely in that it has been filed within thirty (30) days of
6 Defendants' receipt of the Plaintiff's Claim and Order to Go To Small Claims Court.

8 **<u>Removal Is Proper Based on Diversity Jurisdiction.</u>**

9     Plaintiff S.D. STEINMETZ alleges causes of action against Defendants based on alleged
10 violations of the Fair Credit Reporting Act (15 U.S.C. §1681s-2(b)). STEINMETZ's claim under
11 the Fair Credit Reporting Act may be maintained in any appropriate United States District Court.
12 (15 U.S.C. §1681p.)

14     WHEREFORE, pursuant to 28 U.S.C. §1441, Defendants General Electric Company,
15 erroneously sued herein, and General Electric Capital Corporation remove this case from the
16 Small Claims Court of the State of California in and for the County of San Diego to the United
17 States District Court for the Southern District of California.

19                       SHEA STOKES ROBERTS & WAGNER, ALC

21 Dated: September 5, 2008         By: _____
                                                Maria C. Roberts
22                                                 Ronald R. Giusso
                                                Attorneys for Defendant
23                                                 General Electric Company, erroneously sued
                                                herein, and General Electric Capital Corporation

**EXHIBIT A**

| SC-100 | Plaintiff's Claim and ORDER to Go to Small Claims Court | Clerk stamps date here when form is filed. |
|---|---|---|

**Notice to the person being sued:**

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*
**Superior Court of California, County of**
San Diego, Central Division
8950 Clairemont Mesa Blvd.
San Diego CA 92123

*Clerk fills in case number and case name:*
**Case Number:** 37-2008-00005734-SC-SC-CTL
**Case Name:** Steinmetz vs. General Electric Company

### Order to Go to Court

The people in ① and ② must go to court: *(Clerk fills out section below.)*

| Trial Date | 1. Date OCT 1 0 2008  Time 3:00 PM  Department  Name and address of court if different from above |
|---|---|
| | 2. _____ |

WRITTEN REQUEST FOR CONTINUANCE MUST INCLUDE A $10.00 FEE AND BE SUBMITTED AT LEAST 10 DAYS BEFORE TRIAL DATE.

Date: AUG 0 1 2008     Clerk, by _____ P. Leibenguti, Deputy

**Instructions for the person suing:**

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims)*, to know your rights. Get SC-150 at any courthouse or county law library, or go to: www.courtinfo.ca.gov/forms
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2008, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5 →

American LegalNet, Inc.
www.FormsWorkflow.com

| | Case Number: |
|---|---|
| Plaintiff *(list names)*: S. D. Steinmetz | 37-2008-00005734-SC-SC-CTL |

### ① The Plaintiff (the person, business, or public entity that is suing) is:

Name: S. D. Steinmetz     Phone: (619) 723-0769

Street address: 6351 Mesita Dr.    San Diego    CA    92115
                *Street*              *City*       *State*  *Zip*

Mailing address *(if different)*: _____
                                   *Street*    *City*    *State*    *Zip*

**If more than one Plaintiff, list next Plaintiff here:**

Name: _____    Phone: (___) _____

Street address: _____
                *Street*    *City*    *State*    *Zip*

Mailing address *(if different)*: _____
                                   *Street*    *City*    *State*    *Zip*

☐ Check here if more than 2 Plaintiffs and attach Form SC-100A.

☐ Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.

### ② The Defendant (the person, business, or public entity being sued) is:

Name: General Electric Company    Phone: (___) _____

Street address: 3135 Easton Turnpike    Fairfield    CT    06431
                *Street*                   *City*      *State*  *Zip*

~~Mailing address (if different)~~: 818 W. Seventh St.   Los Angeles, CA   90017
Serve to:     *Street*                  *City*           *State*   *Zip*
CT Corporation System

**If more than one Defendant, list next Defendant here:**

Name: General Electric Capital Corporation     Phone: (___) _____

Street address: 901 Main Ave.    Norwalk    CT    06851
                *Street*          *City*     *State*  *Zip*

~~Mailing address (if different)~~: 818 W. Seventh St.   Los Angeles, CA   90017
Serve to:     *Street*                  *City*           *State*   *Zip*
CT Corporation System

☑ Check here if more than 2 Defendants and attach Form SC-100A.

☐ Check here if any Defendant is on active military duty, and write his or her name here: _____

### ③ The Plaintiff claims the Defendant owes $ 7500 . *(Explain below)*:

a. Why does the Defendant owe the Plaintiff money? Violations of United States Code, Title 15, Chapter 41, Subchapter III as specified in Form MC-031.

b. When did this happen? *(Date)*: _____
   If no specific date, give the time period: *Date started:* 3/30/2007    *Through:* 8/1/2008

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* Lesser of maximum penalties of all violations or maximum damages allowed in small claims court.

☑ Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.

Plaintiff *(list names):* S. D. Steinmetz

Case Number: 37-2008-00005734-SC-SC-CTL

(4) **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No
*If no, explain why not:* _____

(5) **Why are you filing your claim at this courthouse?**
This courthouse covers the area *(check the one that applies):*

a. ☐ (1) Where the Defendant lives or does business.
    (2) Where the Plaintiff's property was damaged.
    (3) Where the Plaintiff was injured.
    (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant or where the Defendant lived or did business when the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☑ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

(6) **List the zip code of the place checked in ⑤ above** *(if you know):* 92115

(7) **Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

(8) **Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ A claim was filed on *(date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

(9) **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No  *If yes, the filing fee for this case will be higher.*

(10) I understand that by filing a claim in small claims court, I have no right to appeal this claim.

(11) I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 8/1/2008   S. D. Steinmetz   ▶ *S. D. Stn* (signed)
    *Plaintiff types or prints name here*   *Plaintiff signs here*

Date: _____   _____   ▶
    *Second Plaintiff types or prints name here*   *Second Plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

**SC-100A**  Other Plaintiffs or Defendants

Case Number: 37-2008-00005734-SC-SC-CTL

☑ This form is attached to Form SC-100, item 1 or 2.

(1) **If more than 2 plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____
Street address: _____ Phone: (___) _____
City: _____ State: ___ Zip: _____
Mailing address (if different): _____
City: _____ State: ___ Zip: _____
Is this plaintiff doing business under a fictitious name? ☑ Yes ☐ No  If yes, attach Form SC-103.

Other plaintiff's name: _____
Street address: _____ Phone: (___) _____
City: _____ State: ___ Zip: _____
Mailing address (if different): _____
City: _____ State: ___ Zip: _____
Is this plaintiff doing business under a fictitious name? ☐ Yes ☐ No  If yes, attach Form SC-103.

☐ Check here if more than 4 plaintiffs and fill out and attach another Form SC-100A.

(2) **If more than 2 defendants (person, business, or entity being sued), list their information below:**

Other defendant's name: Exxonmobil Oil Corporation
Street address: 800 Bell St. Corp. Emb. Rm. 2441 _____ Phone: (___) _____
City: Houston State: TX Zip: 77002
~~Mailing address (if different):~~ Serve to: CSC-Lawyers Incorporating Service 2730 Gateway Oaks Dr. Ste 100 Sacramento, CA 95833

Other defendant's name: _____
Street address: _____ Phone: (___) _____
City: _____ State: ___ Zip: _____
Mailing address (if different): _____
City: _____ State: ___ Zip: _____

☐ Check here if more than 4 defendants and fill out and attach another Form SC-100A.

(3) I understand that by filing a claim in small claims court, I have no right to appeal this claim.

(4) I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: 8/1/2008   S. D. Steinmetz   ▶ /s/ S.D.K.
                 *Type or print your name*       *Sign your name*

Date: _____   _____   ▶ _____
               *Type or print your name*       *Sign your name*

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Other Plaintiffs or Defendants**
(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)

SC-100A, Page ___ of ___
American LegalNet, Inc.
www.FormsWorkflow.com

MC-031

| PLAINTIFF/PETITIONER: S. D. Steinmetz | CASE NUMBER: |
| DEFENDANT/RESPONDENT: General Electric Company et al | 37-2008-00005734-SC-SC-CTL |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

SC-100, Item 3

15 USC 41 § 1681s-2(a)(1)(A)
15 USC 41 § 1681s-2(a)(1)(B)
15 USC 41 § 1681s-2(a)(2) et seq.
15 USC 41 § 1681s-2(a)(3)
15 USC 41 § 1681s-2(a)(7) et seq.
15 USC 41 § 1681s-2(a)(8)(E)
15 USC 41 § 1681s-2(b)(1)(D)
15 USC 41 § 1681s-2(b)(1)(E)
15 USC 41 § 1681s-2(b)(2)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/1/2008

S. D. Steinmetz
*(TYPE OR PRINT NAME)*

*(SIGNATURE OF DECLARANT)*

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify)*:

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

American LegalNet, Inc.
www.USCourtForms.com

```
            UNITED STATES
            DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
             SAN DIEGO DIVISION

         #  154749     -  TC

         September 05, 2008
              14:57:10


          Civ Fil Non-Pris
   USAO #.: 08CV1635
   Judge..: JEFFREY T MILLER
   Amount.:                  $350.00 CK
   Check#.: BC24869



          Total->   $350.00


   FROM: S.D. STEINMETZ
         VS
         GENERAL ELECTRIC CO.
```

**OJS 44 (Rev. 11/04)**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
S.D. Steinmetz

### DEFENDANTS
General Electric Company, erroneously sued herein, and general Electric Capital Corporation

**FILED**
2008 SEP -5 PM 2:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

(b) County of Residence of First Listed Plaintiff **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
S.D. Steinmetz, in pro per
6351 Mesita Drive
San Diego, CA 92115
(619) 723-0769

Attorneys (If Known)
Maria C. Roberts
Ronald R. Giusso
Attorneys for Defendants
SHEA STOKES ROBERTS & WAGNER, ALC
510 Market Street, Third Floor
San Diego, CA 92101
(619) 232-4261

**'08 CV 1635 JM AJB**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- [ ] 362 Personal Injury—Med. Malpractice
- [ ] 365 Personal Injury—Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt.Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [x] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities – Other
- [ ] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. sections 1331, 1332, 1441

Brief description of cause:
Fair Credit Reporting Act

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $0.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: September 5, 2008
SIGNATURE OF ATTORNEY OF RECORD: Ronald R. Giusso

**FOR OFFICE USE ONLY**
RECEIPT # 154749   AMOUNT $350   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

OR  SAC  9/5/08

American LegalNet, Inc. | www.USCourtForms.com