1 | MARIA C. ROBERTS, State Bar No. 137907
mroberts@sheastokes.com
2 | RONALD R. GIUSSO, State Bar No. 184483
rgiusso@sheastokes.com
3 | SHEA STOKES ROBERTS & WAGNER, ALC
510 MARKET STREET, THIRD FLOOR
4 | SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:    (619) 232-4261
5 | FACSIMILE:    (619) 232-4840

**FILED**

2008 SEP -5 PM 2:54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

6 | Attorneys for Defendants General Electric Company, erroneously sued herein, and General
Electric Capital Corporation
7 |

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 |

11 | S.D. STEINMETZ,

CASE NO. 08 CV 1635 JM AJB

12 | Plaintiff,

Action Date:    August 1, 2008

13 | vs.

DECLARATION OF RONALD R. GIUSSO
IN SUPPORT OF NOTICE OF REMOVAL

14 | GENERAL ELECTRIC COMPANY,
GENERAL ELECTRIC CAPITAL
15 | CORPORATION,

16 | Defendants.

17 |

18 | I, RONALD R. GIUSSO, declare:

19 |

20 | 1.    I am an attorney licensed to practice law before all courts in the State of California

21 | and the United States District Court, Southern District of California, and am an attorney with the

22 | law firm of Shea Stokes Roberts and Wagner, ALC, attorneys of record herein for Defendants

23 | General Electric Company, erroneously sued herein, and General Electric Capital Corporation. I

24 | have personal knowledge of the facts set forth in this Declaration and can competently testify

25 | thereto. I make this declaration as required by 28 U.S.C. section 1446 in support of the Notice of

26 | Removal of Civil Action.

27 | / / /

28 | / / /

4832-3316-7362.1

DECLARATION OF RONALD R. GIUSSO IN
SUPPORT OF NOTICE OF REMOVAL

CR

2.     Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's Claim and Order to Go to Small Claims Court filed as Steinmetz vs. General Electric Company, as Case No. 37-2008-00005734-Sc-SC-CTL in the Small Claims Court Division of the Superior Court of California, in and for the County of San Diego.

3.     The named Defendants have given their authority and authorize the filing of the Notice of Removal and related pleadings as to this matter at this time.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.  Executed this 5th day of September, 2008, at San Diego, California.

_____
Ronald R. Giusso

-2-    DECLARATION OF RONALD R. GIUSSO IN
SUPPORT OF NOTICE OF REMOVAL

| **SC-100** | **Plaintiff's Claim and ORDER to Go to Small Claims Court** |
|---|---|

*Clerk stamps date here when form is filed.*

## Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

## Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

**Superior Court of California, County of**
San Diego, Central Division
8950 Clairemont Mesa Blvd.
San Diego CA 92123

*Clerk fills in case number and case name:*

**Case Number:**
37-2008-00005734-SC-SC-CTL

**Case Name:**
Steinmetz vs. General Electric Company

---

**Order to Go to Court**

The people in ① and ② must go to court: *(Clerk fills out section below.)*

| Trial Date → | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 1. OCT 1 0 2008 | 3 00 PM | 31 | |
| | 2. | | | |

WRITTEN REQUEST FOR CONTINUANCE MUST INCLUDE A $10.00 FEE AND BE SUBMITTED AT LEAST 10 DAYS BEFORE TRIAL DATE.

Date: AUG 0 1 2008    Clerk, by _____ P. Leibenguth , Deputy

## Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims),* to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2008, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims)**

SC-100, Page 1 of 5 →

American LegalNet, Inc.
www.FormsWorkFlow.com

Plaintiff *(list names):* S. D. Steinmetz

Case Number:
**37-2008-00005734-SC-SC-CTL**

---

**(1) The Plaintiff (the person, business, or public entity that is suing) is:**

Name: S. D. Steinmetz                                                        Phone: ( 619 ) 723-0769

Street address: 6351 Mesita Dr.                          San Diego          CA          92115
                      *Street*                                    *City*              *State*        *Zip*

Mailing address *(if different):*
                                   *Street*                              *City*              *State*        *Zip*

**If more than one Plaintiff, list next Plaintiff here:**

Name:                                                                                Phone: (       )

Street address:
                      *Street*                                    *City*              *State*        *Zip*

Mailing address *(if different):*
                                   *Street*                              *City*              *State*        *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

---

**(2) The Defendant (the person, business, or public entity being sued) is:**

Name: General Electric Company                                              Phone: (       )

Street address: 3135 Easton Turnpike                    Fairfield          CT          06431
                      *Street*                                    *City*              *State*        *Zip*

~~Mailing address (if different):~~ 818 W. Seventh St. Los Angeles, CA 90017
                      *Street*                                    *City*              *State*        *Zip*
Serve to: CT corporation System

**If more than one Defendant, list next Defendant here:**

Name: General Electric Capital Corporation                    Phone: (       )

Street address: 901 Main Ave.                            Norwalk          CT          06851
                      *Street*                                    *City*              *State*        *Zip*

~~Mailing address (if different):~~ 818 W. Seventh St. Los Angeles, CA 90017
                      *Street*                                    *City*              *State*        *Zip*
Serve to: CT corporation System

☑ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

---

**(3) The Plaintiff claims the Defendant owes $ 7500 _____.** *(Explain below):*

a. Why does the Defendant owe the Plaintiff money? Violations of United States Code, Title 15, Chapter 41,
   Subchapter III as specified in Form MC-031.

b. When did this happen? *(Date):* _____
   If no specific date, give the time period: Date started: 3/30/2007    Through: 8/1/2008

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* Lesser of
   maximum penalties of all violations or maximum damages allowed in small claims court.

☑ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at
   the top.*

---

Revised January 1, 2008          **Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**          SC-100, Page 2 of 5
→

Plaintiff *(list names):* S. D. Steinmetz

| Case Number: |
| 37-2008-00005734-SC-SC-CTL |

**(4)** You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?  ☑ Yes ☐ No

*If no, explain why not:* _____

**(5)** Why are you filing your claim at this courthouse?
This courthouse covers the area *(check the one that applies):*

a. ☐ (1) Where the Defendant lives or does business.   (4) Where a contract (written or spoken) was made,
(2) Where the Plaintiff's property was damaged.       signed, performed, or broken by the Defendant *or*
(3) Where the Plaintiff was injured.                  where the Defendant lived or did business when
                                                      the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☑ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

**(6)** List the zip code of the place checked in **(5)** above *(if you know):* 92115

**(7)** Is your claim about an attorney-client fee dispute? ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

**(8)** Are you suing a public entity? ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ *A claim was filed on (date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**(9)** Have you filed more than 12 other small claims within the last 12 months in California?
☐ Yes ☑ No   *If yes, the filing fee for this case will be higher.*

**(10)** I understand that by filing a claim in small claims court, I have no right to appeal this claim.

**(11)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 8/1/2008     S. D. Steinmetz          [signature]
            *Plaintiff types or prints name here*        *Plaintiff signs here*

Date: _____     _____          
            *Second Plaintiff types or prints name here*    *Second Plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

**SC-100A**  **Other Plaintiffs or Defendants**

Case Number:
37-2008-00005734-SC-SC-CTL

☑ This form is attached to Form SC-100, item 1 or 2.

**1** **If more than 2 plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address: _____ Phone: (____)_____

City: _____ State: ___ ___ Zip: _____

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☑ Yes ☐ No *If yes, attach Form SC-103.*

Other plaintiff's name: _____

Street address: _____ Phone: (____)_____

City: _____ State: _____ Zip: _____

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach Form SC-103.*

☐ *Check here if more than 4 plaintiffs and fill out and attach another Form SC-100A.*

**2** **If more than 2 defendants (person, business, or entity being sued), list their information below:**

Other defendant's name: Exxonmobil Oil Corporation

Street address: 800 Bell St. Corp. Emb. Rm. 2441 Phone: (____)_____

City: Houston State: TX Zip: 77002

Mailing address *(if different)*: Serve to: CSC-Lawyers Incorporating Service 2730 Gateway Oaks Dr. Ste 100 Sacramento, CA 95833

Other defendant's name: _____

Street address: _____ Phone: (____)_____

City: _____ State: _____ Zip: _____

Mailing address *(if different)*: _____

City: _____ State: _____ Zip: _____

☐ *Check here if more than 4 defendants and fill out and attach another Form SC-100A.*

**3** I understand that by filing a claim in small claims court, I have no right to appeal this claim.

**4** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: 8/1/2008    S. D. Steinmetz    ▶ *S.D.H.*
Type or print your name    Sign your name

Date: _____    _____    ▶
Type or print your name    Sign your name

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.
**Other Plaintiffs or Defendants**
(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)
SC-100A, Page ___ of ___

| | MC-031 |
|---|---|
| PLAINTIFF/PETITIONER: S. D. Steinmetz | CASE NUMBER: |
| DEFENDANT/RESPONDENT: General Electric Company et al | 37-2008-00005734-SC-SC-CTL |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

SC-100, Item 3

15 USC 41 § 1681s-2(a)(1)(A)
15 USC 41 § 1681s-2(a)(1)(B)
15 USC 41 § 1681s-2(a)(2) et seq.
15 USC 41 § 1681s-2(a)(3)
15 USC 41 § 1681s-2(a)(7) et seq.
15 USC 41 § 1681s-2(a)(8)(E)
15 USC 41 § 1681s-2(b)(1)(D)
15 USC 41 § 1681s-2(b)(1)(E)
15 USC 41 § 1681s-2(b)(2)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/1/2008

S. D. Steinmetz
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1
American LegalNet, Inc.
www.USCourtForms.com

**EXHIBIT A**