1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:    (619) 232-4261
5  FACSIMILE:    (619) 232-4840

FILED
2008 SEP -5 PM 2:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

6  Attorneys for Defendants General Electric Company, erroneously sued herein, and General Electric Capital Corporation

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.D. STEINMETZ, | CASE NO. 08 CV 1635 JM AJB |
| Plaintiff, | Action Date:   August 1, 2008 |
| vs. | NOTICE OF PARTIES WITH FINANCIAL INTEREST |
| GENERAL ELECTRIC COMPANY, GENERAL ELECTRIC CAPITAL CORPORATION, | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 40.2, Defendants General Electric Company, erroneously sued herein, and General Electric Capital Corporation state the following information: Defendants General Electric Company, erroneously sued herein, and General Electric Capital Corporation have a financial interest in the outcome of this case.

SHEA STOKES ROBERTS & WAGNER, ALC

Dated: September 5, 2008     By: _____
                             Maria C. Roberts
                             Ronald R. Giusso
                             Attorneys for Defendant
                             General Electric Company, erroneously sued
                             herein, and General Electric Capital Corporation

4847-9115-5202.1

NOTICE OF PARTIES WITH FINANCIAL INTEREST