1 | MARIA C. ROBERTS, State Bar No. 137907
mroberts@sheastokes.com
2 | RONALD R. GIUSSO, State Bar No. 184483
rgiusso@sheastokes.com
3 | SHEA STOKES ROBERTS & WAGNER, ALC
510 MARKET STREET, THIRD FLOOR
4 | SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:    (619) 232-4261
5 | FACSIMILE:    (619) 232-4840

FILED

2008 SEP -5 PM 2: 55

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:_____DEPUTY

6 | Attorneys for Defendants General Electric Company, erroneously sued herein, and General
Electric Capital Corporation

7

8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11

12 | S.D. STEINMETZ,

Plaintiff,

13

14 | vs.

15 | GENERAL ELECTRIC COMPANY,
GENERAL ELECTRIC CAPITAL
CORPORATION,

16

Defendants.

17

CASE NO. 08 CV 1635 JM AJB

Action Date:    August 1, 2008

CERTIFICATE OF SERVICE OF NOTICE
TO ADVERSE PARTY OF REMOVAL TO
FEDERAL COURT

18 |     I, the undersigned, declare that:

19

20 |     I am over the age of 18 years and not a party to the case; I am employed in, or am a

21 | resident of, the County of San Diego, State of California, where the within mailing occurs, and my

22 | business address is 510 Market Street, Third Floor, San Diego, California  92101-7025.

23

24 |     I further declare that I am readily familiar with Shea Stokes Roberts & Wagner's practice

25 | for collection and processing of correspondence for mailing with the United States Postal Service;

26 | and that the correspondence shall be deposited with the United States Postal Service this same day

27 | in the ordinary course of business.

28 | / / /

4823-7772-5954.1

CERTIFICATE OF SERVICE OF NOTICE TO
ADVERSE PARTY OF REMOVAL TO FEDERAL
COURT

CR

I caused to be served this 5th of September 2008, the following documents:

1.    **CIVIL COVER SHEET;**

2.    **NOTICE OF REMOVAL OF CIVIL ACTION;**

3.    **DECLARATION OF RONALD R. GIUSSO IN SUPPORT OF REMOVAL; and**

4.    **NOTICE OF PARTY WITH FINANCIAL INTEREST.**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes

addressed as follows:

> Mr. S.D. Steinmetz
> 6351 Mesita Drive
> San Diego, CA  92115
> (619) 723-0769– Telephone
> PLAINTIFF

☒    BY MAIL:  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business pursuant to Code of Civil Procedure Section 1013(a).  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I then sealed each envelope and, with postage thereon fully prepaid, I placed each for

deposit in the United States Postal Service this same day, at my business address shown above,

following ordinary business practices.

I declare under penalty of perjury, under the laws of the State of California, that the

foregoing is true and correct and was executed on September 5, 2008 at San Diego, California.

_Wendy Roan_
Wendy Roan

4823-7772-5954.1

-2-

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT