# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.D. STEINMETZ,<br><br>                    Plaintiff,<br>   vs.<br>GENERAL ELECTRIC COMPANY, GENERAL ELECTRIC CAPITAL CORPORATION, EXXONMOBIL OIL CORPORATION,<br><br>                    Defendants. | CASE NO. 08 CV 1635 JM (AJB)<br><br>**ORDER GRANTING MOTION TO SEAL EXHIBITS** |

After consideration of Plaintiff Steinmetz's Motion to Seal Exhibits in the above-captioned matter (Doc. No. 13, filed nunc pro tunc to September 26, 2008), the court hereby **GRANTS** the motion and directs the Clerk of Court for the Southern District of California to seal the exhibits filed with the motion.

**IT IS SO ORDERED.**

DATED: October 2, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties