cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.D. STEINMETZ,<br><br>              Plaintiff,<br>v.<br><br>GENERAL ELECTRIC COMPANY,<br>GENERAL ELECTRIC CAPITAL<br>CORPORATION, EXXONMOBIL OIL<br>CORPORATION, CITIGROUP, INC.,<br><br>              Defendants. | Civil No.08cv1635 JM  (AJB)<br><br>**ORDER PERMITTING PLAINTIFF AND CROSS-DEFENDANT CITIBANK (SOUTH DAKOTA), N.A., TO APPEAR TELEPHONICALLY AT EARLY NEUTRAL EVALUATION CONFERENCE** |

Having reviewed the Amended Request by defendant Citibank (South Dakota), N.A., erroneously sued as Citigroup Inc. ("Citibank"), to Appear Telephonically at Early Neutral Evaluation Conference, filed January 6, 2009, and good cause having been shown,

IT IS HEREBY ORDERED that Citibank is excused from having a representative attend in person the Early Neutral Evaluation Conference scheduled in this action for January 23, 2009; a Citibank representative shall appear by telephone for the ENE Conference.  Citibank's representative shall call 619-557-3446 for participation at the time of the conference.

IT IS SO ORDERED.

DATED: January 7, 2009

_____

Hon. Anthony J. Battaglia

U.S. Magistrate Judge

United States District Court