# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.D. STEINMETZ,<br><br>    Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY; GENERAL ELECTRIC CAPITAL CORPORATION; EXXONMOBIL OIL CORPORATION; CITIGROUP, INC.,<br><br>    Defendants. | Case No.  08-CV-1635 JM (AJB)<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>Doc. No. 60 |

The Court hereby orders that Defendants GENERAL ELECTRIC COMPANY, erroneously sued herein, GENERAL ELECTRIC CAPITAL CORPORATION, erroneously sued herein, and EXXON MOBIL, shall be represented by O'Rielly & Roche LLP, 101 California Street, Suite 2450, San Francisco, California 94111, Telephone (415) 946-8878, Facsimile (415) 946-8801.

**IT IS SO ORDERED.**

Dated: August 6, 2009

By: _/s/ Jeffrey T. Miller_
The Honorable Jeffrey T. Miller
United States District Judge