# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

S.D. STEINMETZ,

                V.

GENERAL ELECTRIC COMPANY;
GENERAL ELECTRIC CAPITAL
CORPORATION; EXXONMOBIL OIL
CORPORATION; CITIGROUP, INC.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv1635-JM(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court hereby grants Defendant ExxonMobil's motion for summary judgment................
................................................................................................................................................

| March 9, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON March 9, 2010